**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01696-BNB

TYLER JAMES SWARBRICK,

        Plaintiff,

v.

PAULA FRANTZ, MD, Chief Medical Officer, CDOC,
STEPHEN R. KREBS, MD, Director of Case Management, PHP/CHP, and
ANTHONY A. DECESARO, Step 3 Grievance Officer, CDOC,

        Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

        This matter is before the Court on the letter (ECF No. 5) filed July 22, 2011, which the Court has treated as a motion for clarification.  The motion for clarification is GRANTED.  According to the July 6, 2011, order granting Plaintiff leave to proceed in forma pauperis and pursuant to 28 U.S.C. § 1915, after payment of the initial partial filing fee, Plaintiff shall be required to make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month as directed in the July 6 order why he has no assets and no means by which to make the monthly payment.  Section 1915 does not offer any further specifics, other than to provide that, until the filing fee is paid in full, payments shall be forwarded from the Prisoner's trust fund account each time the amount in the account exceeds $10.

Dated:  July 27, 2011