FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 5 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01696-BNB

TYLER JAMES SWARBRICK,

    Plaintiff,

v.

PAULA FRANTZ, MD, Chief Medical Officer, CDOC,
STEPHEN R. KREBS, MD, Director of Case Management, PHP/CHP, and
ANTHONY A. DECESARO, Step 3 Grievance Officer, CDOC,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 5, 2011, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01696-BNB

Tyler James Swarbrick
Prisoner No. 145236
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 5, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk