IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01696-LTB-MJW

TYLER JAMES SWARBRICK,

    Plaintiff,

v.

PAULA FRANTZ, MD, Chief Medical Officer, CDOC,
STEPHEN R. KREBS, MD, Director of Case Management, PHP/CHP, and
ANTHONY A. DECESARO, Step 3 Grievance Officer, CDOC,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2011

GREGORY C. LANGHAM
               CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

    THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

    ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

2

service of process on the defendants.

Dated: <u>August 18, 2011</u>

                                                  BY THE COURT:

                                                <u>S/ Michael J. Watanabe</u>
                                                MICHAEL J. WATANABE
                                                UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01696-LTB-MJW

Tyler James Swarbrick
Prisoner No. 145236
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Stephen R. Krebs, MD

Paula Frantz, MD, and Anthony DeCesaro- **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Paula Frantz, MD, and Anthony DeCesaro; to the United States Marshal Service for service of process on Stephen R. Krebs, MD: COMPLAINT FILED 6/29/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/22/11  .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk