IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01696-WYD-MJW

TYLER JAMES SWARBRICK,

    Plaintiff,

v.

PAULA FRANTZ, MD, Chief Medical Officer, CDOC,
STEPHEN R. KREBS, MD, Director of Case Management, PHP/CHP, and
ANTHONY A. DECESARO, Step 3 Grievance Officer, CDOC,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for Request for Order (Docket No. 22) is denied. Plaintiff states in his motion that as of that mailing (dated September 12, 2011), he has received no motions filed by the defendants or their counsel. A review of the docket reflects that no motions in fact had been filed by the defendants as of that time. Furthermore, the motion filed by the defendants on September 16, 2011 (Docket No. 24), includes Certificate of Service which reflects that a copy was mailed to the plaintiff. Therefore, the relief sought by the plaintiff in Docket No. 22 is unnecessary and thus is denied.

    It is further ORDERED that the defendants' Motion for Extension of Time to File Response to Plaintiff's Motion for Preliminary Injunction (Docket No. 24) is granted, and thus the defendants shall have up to and including October 7, 2011, to file a response to the plaintiff's motion for preliminary injunction (Docket No. 7).

Date: September 19, 2011